IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SILIPOS, INC.,<br>    a Delaware corporation,<br>    7049 Williams Road<br>    Niagara Falls, NY 14304, and<br><br>    *Plaintiff*,<br><br>v.<br><br>PEDIFIX, INC.<br>    a New York corporation,<br>    310 Guinea Road<br>    Brewster, NY 10509-2651,<br><br>    *Defendant*, and<br><br>GERALD P. ZOOK, D.P.M., R. Ph.,<br>    an individual,<br>    802 W. 18th Place<br>    Eugene OR 97402,<br><br>    *Involuntary Defendant-*<br>    *Patentee*. | **JUDGE KARAS**<br>**'07 CIV 6727**<br>CASE NO. _____<br><br>**JURY TRIAL DEMANDED**<br><br><br>**RULE 7.1 STATEMENT**<br>**OF PLAINTIFF**<br> |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Silipos, Inc. ("Silipos" or "Plaintiff") certifies the following to the best of their information and belief:

1.    Silipos is a wholly-owned division of Langer, Inc.; and

2.    Except as above, there are no parent corporations or publicly held corporations that hold ten percent (10%) or more of the stock of Silipos.

Dated: July 26, 2007   Respectfully submitted,

DARBY & DARBY P.C.

By: _____
Steven E. Lipman, Esq.   (SL-9395)
Angela Ni, Esq.   (AN-1022)
7 World Trade Center
250 Greenwich Street
New York, NY  10007
Tel:   212.527.7700
Fax:  212.527.7701
Email: slipman@darbylaw.com
           ani@darbylaw.com

**COUNSEL FOR PLAINTIFF**