## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SILIPOS, INC.**, | § | |
| a Delaware corporation, | § | |
| 7049 Williams Road | § | |
| Niagara Falls, NY  14304,  and | § | |
| | § | **CASE NO. 07-cv-6727-RJS** |
| *Plaintiff*, | § | |
| | § | **ECF CASE** |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **PEDIFIX, INC.** | § | |
| a New York corporation, | § | |
| 310 Guinea Road | § | |
| Brewster, NY  10509-2651, | § | |
| | § | |
| *Defendant*, and | § | |
| | § | |
| **GERALD P. ZOOK**, D.P.M., R. Ph., | § | |
| an individual, | § | |
| 802 W. 18th Place | § | |
| Eugene OR  97402, | § | |
| | § | |
| *Involuntary Defendant-* | § | |
| *Patentee.* | § | |
| | § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

In accordance with Rule 41(a)(1), F.R.Civ.P., Plaintiff Silipos, Inc. ("Plaintiff"), by and through counsel, hereby voluntarily dismisses its Original Complaint for Patent infringement against Defendant PediFix, Inc. and Involuntary Defendant-Patentee Gerald P. Zook, D.P.M., R. Ph.

Plaintiff filed the Original Complaint on July 26, 2007.  Neither Defendant PediFix, Inc. nor Involuntary Defendant-Patentee Gerald P. Zook, D.P.M., R. Ph., has

yet been served with the Original Complaint. Further, while there have been discussions about the Complaint with counsel for Defendant PediFix, Inc., to the best of Plaintiff's information and belief, a notice of appearance has not been made in this case by any counsel, including counsel for either PediFix, Inc. or Gerald P. Zook, D.P.M., R. Ph.


Dated:  November 13, 2007                    Respectfully submitted,

                                             **DARBY & DARBY, P.C.**


                                        By: s/ Steven E. Lipman_____
                                             Steven E. Lipman (SL-9395)
                                             Angela Ni, Esq.    (AN-1022)
                                             7 World Trade Center
                                             250 Greenwich Street
                                             New York, NY   10007
                                             Tel:    212.527.7700
                                             Fax:    212.527.7701
                                             Email: slipman@darbylaw.com
                                                  ani@darbylaw.com

                                             **COUNSEL FOR PLAINTIFF
                                             SILIPOS, INC.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

was (i) submitted to the Court's CM / ECF system on November 13, 2007 for service by

the Court's Electronic Transmission Facilities, and that a courtesy copy was submitted

by hand to the Chambers of the Honorable Richard J. Sullivan, United States District

Judge, Room 615 (212.805.0264), Daniel Patrick Moynihan United States Courthouse,

Southern District of New York, 500 Pearl Street, New York, N.Y.  10007.


s/ Steven E. Lipman
By:    Steven E. Lipman (SL-9395)