IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SILIPOS, INC., <br> a Delaware corporation, <br> 7049 Williams Road <br> Niagara Falls, NY 14304, and <br><br> *Plaintiff*, <br><br> v. <br><br> PEDIFIX, INC. <br> a New York corporation, <br> 310 Guinea Road <br> Brewster, NY 10509-2651, <br><br> *Defendant*, and <br><br> GERALD P. ZOOK, D.P.M., R. Ph., <br> an individual, <br> 802 W. 18th Place <br> Eugene OR 97402, <br><br> *Involuntary Defendant-Patentee*. | CASE NO. 07-cv-6727-RJS <br><br> ECF CASE <br><br> JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

In accordance with Rule 41(a)(1), F.R.Civ.P., Plaintiff Silipos, Inc. ("Plaintiff"), by and through counsel, hereby voluntarily dismisses its Original Complaint for Patent infringement against Defendant PediFix, Inc. and Involuntary Defendant-Patentee Gerald P. Zook, D.P.M., R. Ph.

Plaintiff filed the Original Complaint on July 26, 2007. Neither Defendant PediFix, Inc. nor Involuntary Defendant-Patentee Gerald P. Zook, D.P.M., R. Ph., has

yet been served with the Original Complaint. Further, while there have been discussions about the Complaint with counsel for Defendant PediFix, Inc., to the best of Plaintiff's information and belief, a notice of appearance has not been made in this case by any counsel, including counsel for either PediFix, Inc. or Gerald P. Zook, D.P.M., R. Ph.

Dated: November 20, 2007             Respectfully submitted,

                                     DARBY & DARBY, P.C.

                                     By: _____
                                     Steven E. Lipman (SL-9395)
                                     Angela Ni, Esq. (AN-1022)
                                     7 World Trade Center
                                     250 Greenwich Street
                                     New York, NY 10007
                                     Tel:  212.527.7700
                                     Fax:  212.527.7701
                                     Email: slipman@darbylaw.com
                                            ani@darbylaw.com

                                     COUNSEL FOR PLAINTIFF
                                     SILIPOS, INC.

11/20/07